UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEFFERSON BLOCK 24 OIL & GAS, LLC | CIVIL ACTION |
| VERSUS | NO: 08-4792 |
| ASPEN INSURANCE UK LTD., et al | SECTION: "A" |

## **JUDGMENT**

For the written reasons of the Court issued January 29, 2010 and filed herein,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants, Aspen Insurance UK, Limited., ACE European Group, Limited., and Certain Underwriters at Lloyd's London subscribing to Policy 07835N6717, and against plaintiff, Jefferson Block 24 Oil & Gas LLC.

New Orleans, Louisiana, this 29th day of January 2010.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE